UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
MAR 15 1994
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 93-229-WDK |
| Plaintiff ) | |
| ) | V E R D I C T |
| vs. ) | |
| ) | |
| GRIGOR TERMENDJIAN, ) | |
| LEVON TERMENDJIAN, ) | |
| ) | |
| Defendants. ) | |

We the jury, in the above-entitled action, find the defendant

LEVON TERMENDJIAN

__NOT GUILTY__, as charged in Count 1 of the Indictment.
(Guilty or Not Guilty)

__NOT GUILTY__, as charged in Count 2 of the Indictment.
(Guilty or Not Guilty)

__NOT GUILTY__, as charged in Count 3 of the Indictment.
(Guilty or Not Guilty)

__NOT GUILTY__, as charged in Count 4 of the Indictment.
(Guilty or Not Guilty)

Dated: March 15, 1994

_____
Foreperson of the Jury



ENTER ON ICMS
MAR 18 1994

170